**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BRANDON JONES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-2773 |
| | § | |
| **MIDLAND MORTGAGE,** | § | |
| | § | |
| *Defendant.* | § | |

**JOINT STIPULATION OF DISMISSAL**

On this the 3rd day of April 2024, Defendant MidFirst Bank, incorrectly named herein as Midland Mortgage, by and through their undersigned counsel Shelley L. Hopkins and Plaintiff Brandon Jones, by and through his undersigned counsel Thomas C. Barron (collectively, the "Parties"), hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted by Plaintiff against Defendant in this suit are dismissed with prejudice.

    Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
        Shelley L. Hopkins
        State Bar No. 24036497
        SD ID No. 926469
        HOPKINS LAW, PLLC
        2802 Flintrock Trace, Suite B103
        Austin, Texas 78738
        (512) 600-4320
        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP - *Of Counsel*
        ShelleyH@bdfgroup.com
        shelley@hopkinslawtexas.com

        Robert D. Forster, II
        State Bar No. 24048470
        SD ID No. 2647781

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANTS**

By:   */s/ Thomas C. Barron*
       Thomas C. Barron
       State Bar No. 01821290
       LAW OFFICES OF
       THOMAS C. BARRON
       P.O. Box 141323
       Dallas, Texas 75214
       tbarron@barronlawfim.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

*VIA ECF:*
Thomas C. Barron
LAW OFFICES OF
THOMAS C. BARRON
P.O. Box 141323
Dallas, Texas 75214
tbarron@barronlawfim.com

**ATTORNEY FOR PLAINTIFF**

       */s/ Shelley L. Hopkins*
       Shelley L. Hopkins